**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:18CR110** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JESUS PINELA-CASTILLO,** | ) | **ORDER** |
| **JORDAN DEROCKBRAINE,** | ) | |
| | ) | |
| **Defendants.** | | |

This matter is before the court on the defendant Pinela-Castillo's Motion to Continue Trial [75]. Counsel needs additional time to execute plea documents. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [75] is granted, as follows:

1. The jury trial**, for both defendants**, now set for February 25, 2019 is continued to **March 25, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 18, 2019**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  February 19, 2019.**

**BY THE COURT:**


**s/ Michael D. Nelson
United States Magistrate Judge**